## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------  X

**IN RE YASMIN AND YAZ (DROSPIRENONE)**     **3:09-md-02100-DRH-PMF**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**           **MDL No. 2100**

-------------------------------------------------------------

**This Document Relates to:**               **Judge David R. Herndon**


| | |
|---|---|
| Archuleta, Janelle v. Bayer et al. | 3:10-cv-12876-DRH-PMF |
| Bageant, Michelle v. Bayer et al. | 3:11-cv-13042-DRH-PMF |
| Bailey, Jennifer v. Bayer et al. | 3:10-cv-12939-DRH-PMF |
| Bodden, Dawn v. Bayer et al. | 3:10-cv-12918-DRH-PMF |
| Cleckley, Sonya v. Bayer et al. | 3:10-cv-12937-DRH-PMF |
| Denney, Cynthia v. Bayer et al. | 3:10-cv-12926-DRH-PMF |
| Farrar, April v. Bayer et al. | 3:12-cv-10388-DRH-PMF |
| Henson, Renee v. Bayer et al. | 3:10-cv-12928-DRH-PMF |
| Schmidt, Jessica v. Bayer et al. | 3:11-cv-12443-DRH-PMF |
| Shepherd, Melissa v. Bayer et al. | 3:10-cv-13267-DRH-PMF |
| Smuck, Nickolena v. Bayer et al. | 3:10-cv-12096-DRH-PMF |
| Stephens, Angelina v. Bayer et al. | 3:10-cv-12337-DRH-PMF |
| Stringer, Shawna v. Bayer et al. | 3:10-cv-11320-DRH-PMF |
| Sullivan, Janell v. Bayer et al. | 3:11-cv-11655-DRH-PMF |
| Terrell, Roshanna v. Bayer et al. | 3:10-cv-12334-DRH-PMF |
| Tom, Leticia v. Bayer et al. | 3:10-cv-10170-DRH-PMF |

| | |
|---|---|
| Trumble, Kelly v. Bayer et al. | 3:10-cv-12739-DRH-PMF |
| Tyo, Melinda v. Bayer et al. | 3:11-cv-11670-DRH-PMF |
| Venerable, Nakia v. Bayer et al. | 3:10-cv-11367-DRH-PMF |
| Vercher, Crystal v. Bayer et al. | 3:10-cv-12134-DRH-PMF |
| Vickers, Megan v. Bayer et al. | 3:10-cv-10196-DRH-PMF |
| Wages, Katie v. Bayer et al. | 3:10-cv-11410-DRH-PMF |
| Walter, Marta v. Bayer et al. | 3:10-cv-12131-DRH-PMF |
| Weaver, Sarah v. Bayer et al. | 3:10-cv-10231-DRH-PMF |
| Williams, Deidra v. Bayer et al. | 3:10-cv-12124-DRH-PMF |
| Alderfer, Ashley v. Bayer et al. | 3:11-cv-11228-DRH-PMF |
| Almanza, Natalie v. Bayer et al. | 3:10-cv-10418-DRH-PMF |
| Blanc, Rachelle v. Bayer et al. | 3:11-cv-11264-DRH-PMF |
| Eberwein, Emily v. Bayer et al. | 3:11-cv-11142-DRH-PMF |
| Figueroa, Diana v. Bayer et al. | 3:10-cv-11942-DRH-PMF |
| Fletcher, Hillary v. Bayer et al. | 3:11-cv-11400-DRH-PMF |
| Higgins, Tiffany v. Bayer et al. | 3:10-cv-11849-DRH-PMF |
| Moten, Luz v. Bayer et al. | 3:11-cv-12085-DRH-PMF |
| Pore, Brittany v. Bayer et al. | 3:10-cv-12015-DRH-PMF |
| Rebitzke, Karan v. Bayer et al. | 3:10-cv-12953-DRH-PMF |
| Roffman, Susanne, on behalf of Samantha Roffman, a Minor v. Bayer et al. | 3:10-cv-12602-DRH-PMF |
| Ronnenberg, Alicia v. Bayer et al. | 3:11-cv-13426-DRH-PMF |
| Rooney, Jenn v. Bayer et al. | 3:10-cv-12936-DRH-PMF |
| Sellin, Candice v. Bayer et al. | 3:11-cv-11868-DRH-PMF |

| | |
|---|---|
| Smith, Ashley v. Bayer et al. | 3:10-cv-12277-DRH-PMF |
| Spencer, Kyla v. Bayer et al. | 3:11-cv-12830-DRH-PMF |
| Stone, Kristina v. Bayer et al. | 3:12-cv-11099-DRH-PMF |
| Straughan, Ashden v. Bayer et al. | 3:10-cv-12945-DRH-PMF |
| Tompkins, Sonya v. Bayer et al. | 3:10-cv-12014-DRH-PMF |
| Vicario, Bianca v. Bayer et al. | 3:10-cv-12567-DRH-PMF |
| Vita, Sara v. Bayer et al. | 3:10-cv-12915-DRH-PMF |
| Viviano, Holly v. Bayer et al. | 3:12-cv-10439-DRH-PMF |
| Weaver, Codi v. Bayer et al. | 3:11-cv-11608-DRH-PMF |
| Zaucedo, Monica v. Bayer et al. | 3:11-cv-12812-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 1, 2014 and December 2, 2014, the

above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**


**BY:** _/s/Cheryl A. Ritter_
**Deputy Clerk**

**Dated:** December 3, 2014

Digitally signed by
David R. Herndon
Date: 2014.12.03
12:51:07 -06'00'

**APPROVED:**

**U.S. DISTRICT JUDGE**
**U. S. DISTRICT COURT**